UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR17-135-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ZHAOFENG ZHANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:    Conspiracy to Use a Communication Facility to Promote Prostitution

Date of Detention Hearing:    June 15, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant and five co-defendants are charged by Indictment with performing acts to facilitate the promotion, management, establishment, and carrying on of prostitution by

utilizing the internet to advertise and profit financially from escort and prostitution services. This defendant was arrested in the Middle District of Georgia and transferred to this District.

2. Defendant was not interviewed by Pretrial Services, so much of his background information is not known. He has a record of international travel. He recently enlisted in the United States Army. He does not present the Court with a release plan. Defendant poses a risk of nonappearance based on frequent international travel, discrepancies in foreign travel reported to Pretrial Services, foreign ties, Chinese citizenship, and lack of known background information. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

01 Officer.

02     DATED this 15th day of June, 2017.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

DETENTION ORDER
PAGE -3