UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZHAOFENG ZHANG,

    Defendant.

CR17-135-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion, docket no. 215, to Continue the Due Date for the Government's Consolidated Response to Defendant's Pre-Trial Motions is GRANTED. The due date for the Government's consolidated response brief is EXTENDED from noon on November 2, 2017, to noon on November 5, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2017.

                                       William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk

MINUTE ORDER - 1