UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZHAOFENG ZHANG,

    Defendant.

CR17-135-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant having entered a guilty plea before Magistrate Judge Brian Tsuchida pursuant to Local Rule CrR 11(i), defendant's motions, docket nos. 195, 196, 197, and 198, are STRICKEN as moot. The hearing set for November 9, 2017, the trial date of November 27, 2017, and all trial-related dates and deadlines are also STRICKEN.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of November, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1